24 F.3d 256
 Griffin (Peners), Smith (Alvin), Platt (Samuel), Baber
(David), Cozart (Romeo), Jones (Marvin), Oyefesobi (Michael)
v.
Singletary (Harry, Jr.), State of Florida Department of
Corrections, State of Fla., Wainwright (Louis); Griffin
(Peners L.), Dejerinett (Henry), Smith (Alvin), Butler
(John), Platt (Samuel) v. Singletary (Harry, Jr.), State of
Fla. Dept. of Corrections, State of Fla., Wainwright
(Louis); Platt (Samuel), Anderson (Michael, Sandra), Black
(Gary), Brooks (Nelson, Jr.,
 NOS. 92-2000, 92-2996
 United States Court of Appeals,
Eleventh Circuit.
 May 26, 1994
 N.D.Fla., 17
 F.3d 356
 
 1
 DENIALS OF REHEARING EN BANC.